March 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ROMAN RAMIREZ-MEMIJE, Appellant

NO. 14-11-00456-CR                    V.

THE STATE OF TEXAS, Appellee

_____

   This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment.  The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceedings in accordance with its opinion.

   We further order this decision certified below for observance.